**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Binyamin Salomon<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0672<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  18–10769–JKS

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Binyamin Salomon

4/13/18                                **By the court:**  John K. Sherwood
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-10769-JKS
Binyamin Salomon                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2          Date Rcvd: Apr 13, 2018
                            Form ID: 318          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db              +Binyamin Salomon,    918 Ainsworth St,    Linden, NJ 07036-4003
517277491     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:  DITECH FINANCIAL LLC,    332 MINNESOTA ST STE 610,
                 SAINT PAUL, MN 55101)
517277497       UNION CTY PROBATION,    32 WINFIELD SCOTT PLZ,    ELIZABETH, NJ 07201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517277477      +EDI: AMEREXPR.COM Apr 14 2018 02:53:00      AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
517277482       EDI: BANKAMER.COM Apr 14 2018 02:53:00      BK OF AMER,   PO BOX 982238,    EL PASO, TX 79998
517277480      +EDI: TSYS2.COM Apr 14 2018 02:53:00      BARCLAYS BANK DELAWARE,    PO BOX 8803,
                 WILMINGTON, DE 19899-8803
517277485      +EDI: CAPITALONE.COM Apr 14 2018 02:53:00      CAPITAL ONE,   PO BOX 26625,
                 RICHMOND, VA 23261-6625
517277484       EDI: CAPITALONE.COM Apr 14 2018 02:53:00      CAP 1 Bank,   PO Box 85015,   Richmond, VA 23285
517277486      +EDI: CITICORP.COM Apr 14 2018 02:53:00      CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
517277490      +EDI: RCSFNBMARIN.COM Apr 14 2018 02:53:00      CREDIT ONE BANK NA,   PO BOX 98875,
                 LAS VEGAS, NV 89193-8875
517277492      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 13 2018 23:18:25
                 JH PORTFOLIO DEBT EQUI,    5757 PHANTOM DR STE 225,   HAZELWOOD, MO 63042-2429
517277495      +EDI: WTRRNBANK.COM Apr 14 2018 02:53:00      TD BANK USA/TARGETCRED,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
517277494       EDI: TDBANKNORTH.COM Apr 14 2018 02:53:00      TD BANK N.A.,   70 GRAY RD,   PORTLAND, ME 04105
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517277493       Rebecca Saloman
517277478*     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517277479*     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517277483*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  BK OF AMER,    PO BOX 982238,   EL PASO, TX 79998)
517277481*     +BARCLAYS BANK DELAWARE,    PO BOX 8803,   WILMINGTON, DE 19899-8803
517277487*     +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517277488*     +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517277489*     +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517277496*     +TD BANK USA/TARGETCRED,    PO BOX 673,   MINNEAPOLIS, MN 55440-0673
                                                                                TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 13, 2018
                              Form ID: 318             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Binyamin  Salomon rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4